IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN FRANKLIN WRIGHT, JR.,

                Petitioner,                          ORDER

     v.                                                 11-cv-543-wmc

DANE COUNTY SHERIFF'S OFFICE

                Respondent.

---

      Petitioner John Wright, Jr., an inmate at the Dane County Jail, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He requests leave to proceed *in forma pauperis*. Petitioner has supported his request with an affidavit of indigency and an inmate account statement from the jail.

      In determining whether to allow an inmate to proceed *in forma pauperis*, this court uses this formula: First, the court determines petitioner's average monthly deposits and his average monthly balances for the six-month period mentioned above. If 20% of the greater of these two figures is $5 or more, the petitioner is not eligible for indigent status and will have to prepay all of the $5 filing fee. If 20% of the greater of these two figures is less than $5, he will be required to prepay whatever portion less than $5 has been calculated.

      Applying this formula to petitioner, I find that he is able to pay the filing fee. According to the account statement, in the past six months petitioner's monthly deposits have averaged $25.00. Twenty percent of this figure is $5.00. Accordingly, I will deny petitioner's application for leave to proceed *in forma pauperis*. To proceed further on his habeas petition, petitioner must pay the $5 filing fee. If he fails to pay the fee by August 23, 2011, his petition will be dismissed for his failure to prosecute it.

ORDER

IT IS ORDERED that the petition of John Wright, Jr. for leave to proceed *in forma pauperis* is DENIED. Petitioner has until August 23, 2011 in which to pay the $5 filing fee. If he fails to submit the fee by August 23, 2011, his petition will be dismissed for failure to prosecute it.

Entered this 2nd day of August, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge