IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN FRANKLIN WRIGHT, JR.,

    Petitioner,

v.

DANE COUNTY SHERIFF'S OFFICE,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-543-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of John Franklin Wright, Jr. for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust state remedies.

_____       11/2/2012
Peter Oppeneer, Clerk of Court      Date